# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: LINDA L. EASTMAN, MANAGER, PRODUCT LITIGATION
HYUNDAI MOTOR AMERICA
10550 Talbert Ave
Fountain Valley, CA 92708-6032

SOP Transmittal # 531917254

800-592-9023 Telephone

Entity Served: HYUNDAI MOTOR AMERICA CORPORATION (Assumed Name) (Domestic State: CALIFORNIA)

RECEIVED SEP 15 2017 LEGAL DEPARTMENT

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of LOUISIANA on this 12 day of September, 2017. The following is a summary of the document(s) received:

1. **Title of Action:** EVA TAYLOR, Pltf. vs. INTERSTATE HYUNDAI, INC., et al., Dfts. // To: HYUNDAI MOTOR AMERICA CORPORATION

2. **Document(s) Served:** Other: Citation, Petition

3. **Court of Jurisdiction/Case Number:** OUACHITA; 4TH JUDICIAL DISTRICT COURT, LA
   Case # C20172837

4. **Amount Claimed, if any:** N/A

5. **Method of Service:**

   _X_ Personally served by:  _X_ Process Server   ___ Law Enforcement   ___ Deputy Sheriff   ___ U.S Marshall
   
   ___ Delivered Via:   ___ Certified Mail   ___ Regular Mail   ___ Facsimile
   
   ___ Other (Explain):

6. **Date and Time of Receipt:** 09/12/2017 10:18:00 AM CST

7. **Appearance/Answer Date:** Within 15 days after receipt

8. **Received From:** CHRISTIAN C. CREED
   CREED & CREED
   1805 Tower Drive
   Monroe, LA 71207
   318-362-0086

9. **Carrier Airbill #** 1ZY041160194539819

10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air
Image SOP

Email Notification, THERESA SAN ROMAN   TSANROMAN@HMAUSA.COM

Email Notification, LINDA L. EASTMAN   LEASTMAN@HMAUSA.COM

NATIONAL REGISTERED AGENTS, INC.   CopiesTo:

EXHIBIT "A"

Transmitted by Amy McLaren

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL



OPC.CV.4797965
GS

# CITATION

| | |
|---|---|
| EVA TAYLOR | DOCKET NUMBER: C-20172837 |
| | SEC: C3 |
| VS | STATE OF LOUISIANA |
| | PARISH OF OUACHITA |
| INTERSTATE HYUNDAI, INC., | FOURTH JUDICIAL DISTRICT COURT |
| HYUNDAI MOTOR COMPANY, | |
| HYUNDAI MOTOR AMERICAN | |
| CORPORATION, STATE FARM | |
| MUTUAL AUTOMOBILE | |
| INSURANCE COMPANY | EAST BATON ROUGE PARISH |

TO:
HYUNDAI MOTOR AMERICAN CORPORATION
THROUGH ITS AGENT FOR SERVICE OF PROCESS
NATIONAL REGISTERED AGENTS, INC.
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this AUGUST 28, 2017.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION FOR DAMAGES

GWEN STANSELL

By:_____
Deputy Clerk

FILED BY: CHRISTIAN C. CREED # 23701

_____ ORIGINAL
___✓__ SERVICE COPY
_____ FILE COPY



4th JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA
STATE OF LOUISIANA

CIVIL ACTION NO.                                              DIVISION:

                            EVA TAYLOR
17-2837
                              VERSUS

INTERSTATE HYUNDAI, INC., HYUNDAI MOTOR COMPANY, HYUNDAI
MOTOR AMERICA CORPORATION, and STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

AUG 28 2017

FILED: _____                  GWEN STANSELL
                                                 DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, EVA TAYLOR, who, upon information and belief, submits as follows.

both of whom are domiciled in Ouachita Parish, Louisiana versus NACCO MATERIALS

At the time of the injuries described below, EVA TAYLOR was a resident and citizen of the State of Louisiana, Parish of Franklin.

II.

Venue is proper in this Honorable Court pursuant to the provisions of La. Code Civ. Proc. Arts. 73, 74, and 76 because the transaction forming the basis of the claims and causes of action referenced herein occurred in Ouachita Parish.

III.

The following corporations are made Defendants in this action:

A.      INTERSTATE HYUNDAI, INC., a domestic corporation engaged in the business of selling and distributing motor vehicles, including Hyundai brand vehicles to the purchasing public. Said defendant has designated John A. Klagholz, 701 Constitution Drive, West Monroe, LA 71292 as its agent for service of process.

CASE ASSIGNED TO:
CV. SECT. 3

B. HYUNDAI MOTOR AMERICA CORPORATION, [hereinafter jointly referred to as "HYUNDAI"] a foreign corporation organized and existing by virtue of the laws of the State of California, who was at all material times authorized to do and doing business in the State of Louisiana, Parish of Ouachita. Said defendant has designated its principal business establishment in Louisiana as 3867 Plaza Tower Drive, Baton Rouge, LA 70816, and who has designated National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, LA 70816 as its agent for service of process.

C. HYUNDAI MOTOR COMPANY, [hereinafter jointly referred to as "HYUNDAI"] a foreign corporation authorized to do and doing business in the State of Louisiana, who, having failed to designate an agent for service of process, is deemed to have appointed the Louisiana Secretary of State as its agent for service of process on causes of action arising within the State of Louisiana. Said entity has engaged in a regular and systematic course of business in Louisiana and is subject to both general and specific jurisdiction as a result of its sales and marketing efforts within this jurisdiction.

D. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, [hereinafter "STATE FARM"], a foreign insurance corporation organized under the laws of a state other than Louisiana, but authorized to do and doing business in the State of Louisiana. Said Defendant had all material times appointed the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809 as its agent for service of process.

IV.

At all material times, EVA TAYLOR was the owner and operator of a 2014 Hyundai Elantra, bearing VIN KMHDH4AEOEU163500.

V.

EVA TAYLOR had purchased the said 2014 Hyundai Elantra from INTERSTATE HYUNDAI, INC., in West Monroe, LA and was induced to make the purchase by a specific and concrete representation by the sales representatives of that establishment that the driver's primary and side airbags as well as seat belt pre-tensioner would deploy in a foreseeable crash to provide occupant protection to the driver.

-2-

VI.

Without the specific inducement of occupant protection by the airbag system and pre-tensioner restraint system, Petitioner would not have agreed to the purchase of the said vehicle to replace her 2013 Hyundai Elantra.

VII.

On 29 August 2016, at approximately 1930 hours, Petitioner, EVA TAYLOR was proceeding in a westerly direction on U.S. Interstate 20 nearing Vicksburg, MS when an unidentified vehicle in front of her suddenly and without warning switched lanes into Petitioner's lane, creating a sudden emergency to prevent a crash into the rear of the unidentified vehicle.

VIII.

Petitioner was able to avoid a collision with the unidentified vehicle, but as a result of evasive maneuvers she was forced to take, lost control of her vehicle. Her vehicle entered the neutral ground and rolled over before coming to a forceful stop.

IX.

During the crash in which the vehicle was subjected to significant rotational and frontal forces, none of the airbags deployed.

X.

In addition, the pre-tensioner for the employed lab/shoulder belt did not activate, thus allowing Petitioner to move forward and strike the front windshield with her face and head.

XI.

The impact caused extensive damage to the entirety of EVA TAYLOR's 2014 Hyundai Elantra, and the nature and extent of such impact and rotational forces should have triggered the deployment of both the airbags and the seat belt pre-tensioners.

XII.

EVA TAYLOR sustained significant injuries, principally as a result of the failure of the airbag protective system on which she relied to provide sufficient protection to her.

-3-

XIII.

The afore-described crash was not caused or contributed to by any action or inaction of Petitioner, EVA TAYLOR, who was operating her vehicle in accordance with all traffic regulations, but was caused solely through the negligence of an unidentified vehicle.

XIV.

At all material times, STATE FARM was the public liability insurance carrier for Petitioner, EVA TAYLOR and such insurance coverage included policy provisions for uninsured and underinsured motorist protection. Said coverage extended to protection from unidentified responsible vehicles like the vehicle which precipitated the crash in question.

XV.

The vehicle which suddenly crossed into Petitioner's lane of travel departed the accident scene without being identified, thus triggering the uninsured motorist protection provisions of the insurance coverage provided by STATE FARM.

XVI.

When Petitioner was contacted about purchase of the vehicle in question, after being shown the vehicle and before agreeing to purchase same from INTERSTATE HYUNDAI, INC., she specifically inquired into the crash-protective systems of the subject 2014 Hyundai Elantra.

XVII.

Petitioner was specifically assured that the vehicle was equipped with both frontal and side air bags which, in conjunction with the included lap/shoulder restraint system would provide ample driver protection in the event of a crash.

XVIII.

Post-crash testing of the electronic data recorder for the subject 2014 Hyundai Elantra reveals that the airbag system sent engagement signals to both the frontal/side airbags and the pre-tensioner for the shoulder harness, but that neither system responded to those commands.

XIX.

The subject 2014 Hyundai Elantra was designed, manufactured, marketed, and sold by defendant, HYUNDAI MOTOR COMPANY to its United States nationwide distributor,

HYUNDAI MOTOR AMERICA, INC., who in turn sold the vehicle to INTERSTATE HYUNDAI, INC. for sale to the general public.

XX.

The subject 2014 Hyundai Elantra was marketed by both HYUNDAI entities as safe and secure and outfitted with multiple airbag systems to protect the vehicle's occupants from injuries in reasonably anticipated collision scenarios.

XXI.

Upon information and belief, the subject 2014 Hyundai Elantra was tested for occupant protection through the use of HYUNDAI designs and/or specifications for frontal and side airbag systems and in an anticipated crash of the same parameters as the subject crash was found to lessen or prevent occupant injuries when the airbag system/restraint system properly deployed.

XXII.

In the marketing, advertising, and sale of the subject 2014 Hyundai Elantra, the HYUNDAI defendants warranted that the airbag system/restraint system would protect occupants in reasonably foreseeable crashes like the crash in question.

XXIII.

When the subject vehicle was placed into the stream of commerce, the vehicle contained manufacturing and construction deficiencies that failed to comply with the design and manufacturing specifications for occupant protection as well as airbag occupant protection systems.

XXIV.

As a result of the failure of the airbag systems to deploy and the seat belt pre-tensioners to deploy, the injuries sustained by EVA TAYLOR were significantly worse than they would have been had the vehicle not contained design and/or manufacturing defects.

XXV.

The HYUNDAI airbag system was defective in design in either failing to deploy under a reasonably foreseeable crash event, failing to properly sense the crash parameters involved, or

in failing to recognize that the seat belt pre-tensioner was necessary to provide adequate occupant protection.

### XXVI.

Alternatively, the airbag system/restraint system failed to operate as designed and intended, and as a result of that failure to deploy, caused injuries to EVA TAYLOR that would not have been sustained in this crash if the airbag system and restraint system had properly functioned.

### XXVII.

Alternatively, the HYUNDAI defendants warranted that the airbag system and restraint system would deploy and provide occupant safety protection under the crash conditions in question and the failure to so deploy constitutes a breach of that performance warranty. That breach of warranty made the vehicle unreasonably dangerous.

### XXVIII.

Alternatively, the HYUNDAI defendants failed to warn that the side airbag system and seat belt restraint system might not function and might not deploy in reasonably foreseeable crash conditions and the failure to warn made the vehicle unreasonably dangerous.

### XXIX.

The design, manufacture or construction, breach of warranty, and/or failure to warn deficiencies in the subject 2014 Hyundai Elantra in question existed when the subject vehicle was placed into the stream of commerce, and the HYUNDAI defendants failed to exercise that degree of expertise reasonably expected of manufacturers in the design and testing and manufacture of airbag systems and restraint systems for the vehicle in question.

### XXX.

As a direct and proximate result of the promises, actions, and inactions of INTERSTATE HYUNDAI, INC., as well as the defective conditions of the 2014 Hyundai Elantra, EVA TAYLOR, has suffered the following damages:

    a.    past and future physical pain and suffering;

    b.    past and future mental anguish;

-6-

c. past and future medical care expenses;

d. past and future loss of enjoyment of life; and

e. past and future economic losses.

### XXXI.

The accident and serious injuries to EVA TAYLOR were due to the fault, neglect, omission, or commission of the HYUNDAI defendants in the following non-exclusive particulars:

a. Failure to design and adequately test a reasonably safe product;

b. Failure to warn of hazards of which it either knew or should have known;

c. Failure to comply with express or implied warranties of fitness for normal use;

d. Failure to assure the airbag system and restraint system in the vehicle in question met the internal standards of HYUNDAI and/or its parts suppliers; and

e. Such further and other acts of neglect, fault, omission, or commission to be proven at the trial of this cause.

### XXXII.

Plaintiff reserves the right to alter or amend the prior paragraph after examination and testing of the airbag system and restraint system in question in conjunction with disclosure of internal HYUNDAI engineering and performance standards.

### XXXIII.

WHEREFORE, Plaintiff, EVA TAYLOR, prays for the following:

(1) for judgment against Defendants, INTERSTATE HYUNDAI, INC., HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA CORPORATION, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, jointly and *in solido*, in compensation for the damages alleged in such amounts as the trier of fact may determine to be fair and reasonable under the circumstances;

(2) for taxable costs and legal interest on all of the amounts prayed for above, from date of judicial demand until paid; and

(3) for such further and other relief as justice and equity may warrant under the circumstance.

Respectfully Submitted:

CREED & CREED
1805 Tower Drive
P.O. Drawer 14136
Monroe, LA 71207
Telephone: 318-362-0086
Facsimile: 318-362-8219

_____
CHRISTIAN C. CREED (LA Bar No. 23701)
E-Mail: christian@creedlaw.com    23701

and

JAMES D. "BUDDY" CALDWELL
P. O. Box 43
Tallulah, LA 71284
- or -
96 Marianna Street
Richmond, LA 71282
Telephone: 225-938-0363
Facsimile: 318-574-0904

_____
JAMES D. "BUDDY" CALDWELL (LA Bar. No. 02211)
E-Mail: buddycaldwell411@yahoo.com    02211

and

MICHAEL J. MESTAYER, A PROFESSIONAL
LAW CORPORATION
1100 Poydras Street
Suite 2785
New Orleans, LA 70163
Telephone: 504-522-7360
Facsimile: 504-522-7356

_____
MICHAEL J. MESTAYER (LA Bar No. 09461)
E-Mail: mmestayer@mestayerlegal.com    09461

Attorneys for Petitioner, EVA TAYLOR

PLEASE SEE THE NEXT PAGE FOR SERVICE INFORMATION. THANKS

PLEASE SERVE:

1. INTERSTATE HYUNDAI, INC.
   through its registered agent for service of process:
   John A. Klagholz
   701 Constitution Drive
   West Monroe, LA 71292

2. HYUNDAI MOTOR COMPANY
   through its registered agent for service of process:
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

3. HYUNDAI MOTOR AMERICA CORPORATION
   through its agent for service of process:
   National Registered Agents, Inc.
   3867 Plaza Tower Drive
   Baton Rouge, LA 70816

4. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
   through its agent for service of process:
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

CERTIFIED TRUE COPY
AUG 2 8 2017
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA.