UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| EVA TAYLOR | CIVIL ACTION NO.17-1300 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| INTERSTATE HYUNDAI, INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the Motion to Remand [Doc. No. 6] filed by Plaintiff Eva Taylor is hereby GRANTED, and that the above-captioned cause be, and it is hereby remanded to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana. 28 U.S.C. § 1447(c).

MONROE, LOUISIANA, this 29th day of March, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE